IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Elizabeth Falconi, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:08cv622 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on April 13, 2010 (Doc. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 3, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, the EAJA fee petition filed by plaintiff's counsel (Doc. 18) is **GRANTED.** Counsel for plaintiff is **AWARDED** $3,732.00 in fees and costs.

IT IS SO ORDERED.

    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court